748 A.2d 1233

Debra Gail BOLTERSDORF and William
Boltersdorf, Petitioners,

v.

Mark McKENNA and Judith A. Bowman, Respondents.

Supreme Court of Pennsylvania.

March 31, 2000.

## ORDER

PER CURIAM:

**AND NOW,** this 31 st day of March, 2000, the Petition for Allowance of Appeal is hereby **GRANTED** and the Order of the Superior Court is **REVERSED.** The matter is **REMANDED** to the Court of Common Pleas for proceedings consistent with *Washington v. Baxter,* 553 Pa. 434, 719 A.2d 733 (1998).

Jurisdiction is relinquished.